**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

PHILLIP L. DOUVILLE,

Plaintiff,

v.

REVLON, INC. EMPLOYEES' RETIREMENT PLAN and REVLON INC.,

Defendants.

Civil No. 01-2373 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Mitchell Converse, Esq., Jenson Bell Converse & Erickson, 1500 Minnesota World Trade Center, 30 7th Street East, St. Paul, MN 55101, counsel for Plaintiff.

George Soule, Esq., and Jennifer Huelskoetter, Esq., Bowman & Brooke, Suite 2600, 150 South 5th Street, Minneapolis, MN 55402, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 11, 2003

DONOVAN W. FRANK
Judge of United States District Court

Filed MAR 11 2003
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______