UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Phillip L. Douville,

Plaintiff,

Case No.: 01-CV-2373 DWF/AJB

vs.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Revlon Employees' Retirement Plan
and Revlon Consumer Products Corporation,

Defendants.

---

The above entitled matter, having been fully compromised and settled, the parties, through their respective counsel, stipulate and agree that the same may be and hereby is dismissed, with prejudice and without further costs to the parties.

DATED: 3-15-03

BOWMAN & BROOKE, LLP

By: George W. Soule

George W. Soule (103604)
Attorneys for Defendants
150 South Fifth Street
Suite 2000
Minneapolis, MN 55402
Phone (612) 339-8082

DATED: 3-25-03

JENSEN, BELL, CONVERSE & ERICKSON

By: Mitchell W. Converse

Mitchell W. Converse (0248885)
Attorneys for Plaintiff
1500 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
Phone (651) 223-4999

MAR 27 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon the above Stipulation, the Clerk is directed to forthwith dismiss the above action with prejudice and without costs and disbursements.

DATED: 3/27/03

United States District Court Judge